NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**CHEROKEE INTERNATIONAL CORP., LINEAGE POWER CORP., DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants.*

2011-1191, -1192, -1193, -1194, 2012-1069, -1070, -1071, -1072

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

## ON MOTION

---

## ORDER

Upon further consideration of Murata Electronics North America, Inc. et al.'s motion to withdraw its motion for reconsideration,

IT IS ORDERED THAT:

The motion to withdraw is granted. The court's June 13, 2011 order is vacated and the motion for reconsideration is withdrawn. The revised official caption is reflected above.

FOR THE COURT

FEB 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Constantine L. Trela, Jr., Esq.
Gary M. Hnath, Esq.
Alan D. Smith, Esq.
Eric W. Benisek, Esq.
William F. Lee, Esq.
Andrew J. Pincus, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 6 2012

JAN HORBALY
CLERK

s19